# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ALAM KHORSHED, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:20-cv-00444-ACA-JHE |
| ) | |
| WILLIAM BARR, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On June 18, 2020, the magistrate judge entered a Report and Recommendation, (doc. 17), recommending that the petition for writ of habeas corpus be dismissed without prejudice. The court has not received any objections.

The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be **DISMISSED**. A separate Order will be entered.

**DONE** and **ORDERED** this July 23, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE